

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00018-CR

| | |
|---|---|
| CHRISTOPHER LAVELL MCFADDEN, Appellant | § On Appeal from the 367th District Court |
| | § of Denton County (F16-2700-367) |
| V. | § March 14, 2019 |
| | § Opinion by Justice Gabriel |
| THE STATE OF TEXAS | § (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel